FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS TOSHIYUKI SHIMA, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 4:17-CV-05093-SMJ <br><br> **ORDER DISMISSING CASE** |

On October 5, 2017, the parties filed a stipulated dismissal, ECF No. 6. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation of Dismissal, **ECF No. 6**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

//

//

ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge